No. A-CV-20-80

## COURT OF APPEALS OF THE NAVAJO NATION

February 26, 1981

THE NAVAJO HOUSING AUTHORITY, Appellant,

vs.

John and Virginia YAZZIE, Appellees.

### ORDER

Leonard Watchman, Esq., Navajo Housing Authority, Window Rock, Navajo Nation (Arizona) for Appellant and William Shepherd, Esq., DNA-People's Legal Services, Window Rock, Navajo Nation (Arizona), for Appellee.

This matter having come before the Court of Appeals on Plaintiff-Appellant's Motion to Dismiss, and it appears that the procedures set forth in 16 NTC §751 et. seq. or 1978 16 NTC §1801 et. seq. were not complied with;

It is therefore ORDERED that the appeal herein be and the same is hereby DISMISSED in its entirety pursuant to appellant's motion.